1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7   GARY FRANCIS FISHER,                    Case No.  13-cv-05245-WHO (PR)
    aka GARY DALE BARGER,

8                  Plaintiff,              **ORDER OF TRANSFER**

9           v.

10  CLARK, et al.,

11                 Defendants.

12

13          This federal civil rights action is hereby TRANSFERRED to the Central District of

14  California wherein venue properly lies because a substantial part of the events or

15  omissions giving rise to the claims occurred, and the defendants named reside, in Ventura

16  County, which is in the Central District.  *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a).

17  The Clerk shall transfer this action forthwith.

18          **IT IS SO ORDERED.**

19  **Dated:**  November 19, 2013

20                                          _____

21                                          WILLIAM H. ORRICK
                                            United States District Judge

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


GARY FRANCIS FISHER,

       Plaintiff,

  v.

BARRIOS et al,

       Defendant.

_____/

Case Number: CV13-05246 WHO

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 19, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.


Gary Francis Fisher F85263
Pelican Bay State Prison B-4-104
P.O. Box 7000
Crescent City, CA 95532


Dated: November 19, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk